642

Circuit denied. *Messrs. Dominic P. Sevald* and *Fred Barnett* for petitioners. *Assistant Solicitor General Fahy* and *Messrs. C. J. Durr* and *Hans A. Klagsbrunn* for respondent.

No. 214. FORT STREET UNION DEPOT CO. *v.* HILLEN, SPECIAL ADMINISTRATRIX. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John C. Shields* for petitioner. *Messrs. Tom Davis, Ernest A. Michel,* and *Carl L. Yaeger* for respondent.

No. 215. S. NATHAN & CO., INC. ET AL. *v.* RED CAB, INC. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Burke G. Slaymaker* and *William Otis Badger* for petitioners. *Mr. William E. Reiley* for respondents.

No. 218. HAYES *v.* C. C. MOORE CONSTRUCTION CO., INC. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Toxey Hall* and *Lee D. Hall* for petitioner. *Mr. Thomas C. Hannah* for respondent.

No. 219. NEWFIELD, TRUSTEE, *v.* EAST RIVER SAVINGS BANK. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. Cameron Burton* for petitioner. *Mr. Edwin A. Falk* for respondent.